UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ZARIUS BROWN (#581363)

CIVIL ACTION

VERSUS

25-624-SDD-RLB

WILLIAM ROSSO, ET AL.

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Richard L. Bourgeois, Jr. dated December 14, 2023, to which a *Traverse to the Magistrate's R&R Improperly Recommending Dismissal*[3] was filed. After considering the *Traverse* and conducting a *de novo* review, the Court hereby approves the *Report and Recommendation* of the Magistrate Judge for the reasons herein.

**ACCORDINGLY**, the Defendants' Motion to Dismiss[4] are granted, and plaintiff's claims are dismissed, with prejudice. Judgment shall be entered and this action closed.

Signed in Baton Rouge, Louisiana, on this 22 day of July, 2026.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 18.
[2] Rec. Doc. 23.
[3] Rec. Doc. 24.
[4] Rec. Doc. 18.